# Composite Exhibit 1

Int. Cls.: **6, 9, 14, 16, 21, 25 and 28**

Prior U.S. Cls.: **2, 5, 12, 13, 14, 21, 22, 23, 25, 26, 27, 28, 29, 30, 33, 36, 37, 38, 39, 40 and 50**

**Reg. No. 2,690,340**

## United States Patent and Trademark Office

Registered Feb. 25, 2003

### TRADEMARK
#### PRINCIPAL REGISTER

## OZZY OSBOURNE

MONOWISE LIMITED (UNITED KINGDOM CORPORATION)
C/O NEWMAN & CO.
REGENT HOUSE, 1 PRATT MEWS
LONDON, NW1 0AD, ENGLAND

FOR: KEY CHAINS MADE OF METAL, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 12-0-2000; IN COMMERCE 12-0-2000.

FOR: PRERECORDED DISCS, TAPES AND VIDEO CASSETTES FEATURING MUSIC, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-1981; IN COMMERCE 0-0-1981.

FOR: WATCHES, CLOCKS AND LAPEL PINS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0-0-1983; IN COMMERCE 0-0-1983.

FOR: STICKERS, POSTCARDS AND TOUR PROGRAMS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 0-0-1981; IN COMMERCE 0-0-1981.

FOR: GLASS MUGS, SHOT GLASSES, CERAMIC FIGURINES AND COMMEMORATIVE PLATES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 9-0-1996; IN COMMERCE 9-0-1996.

FOR: CLOTHING, NAMELY T-SHIRTS, BANDANAS, SPORT SHIRTS, JACKETS, CAPS, JERSEYS AND HEAD BANDS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1981; IN COMMERCE 0-0-1981.

FOR: TOYS, NAMELY ACTION FIGURES AND TOY VEHICLES, AND CHRISTMAS TREE ORNAMENTS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 9-0-1998; IN COMMERCE 9-0-1998.

THE NAME "OZZY OSBOURNE" IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

SER. NO. 76-343,572, FILED 12-3-2001.

MATTHEW KLINE, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# OZZY

**Reg. No. 4,826,119**

**Registered Oct. 6, 2015**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

MONOWISE LIMITED (UNITED KINGDOM CORPORATION)
C/O SERLING ROOKS FERRARA MCKOY & WOROB
119 5TH AVENUE, 3RD FLOOR
NEW YORK, NY 10003

FOR: CLOTHING, NAMELY, T-SHIRTS, BANDANAS, SPORT SHIRTS, JACKETS, HATS, CAPS, JERSEYS AND HEAD BANDS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-1-1981; IN COMMERCE 1-1-1981.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,690,340, 2,921,920, AND 4,562,348.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK IDENTIFIES OZZY OSBOURNE, WHOSE CONSENT(S) TO REGISTER IS MADE OF RECORD.

SER. NO. 86-530,901, FILED 2-10-2015.

APRIL L. RADEMACHER, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

1776–2026

# United States of America
## United States Patent and Trademark Office



**Reg. No. 8,195,177**

**Registered Mar. 31, 2026**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Monowise Limited  (United Kingdom PRIVATE LIMITED COMPANY)
20-22 Great Titchfield Street
Attn: Colin Newman (SRVLP)
London, UNITED KINGDOM W1W8BE

CLASS 25: Clothing, namely, t-shirts, hats, baseball caps, long sleeve shirts, short sleeve shirts, pants, shorts, sweatpants, hoodies, sweatshirts, socks, and tank tops

FIRST USE 9-20-1980; IN COMMERCE 9-20-1980

The mark consists of the word "OZZY" in stylized capital letters above the the word "OSBOURNE" in stylized capital letters.

OWNER OF U.S. REG. NO. 2690340, 4826119, 4554378, 4562348

SER. NO. 99-361,150, FILED 08-27-2025







DIRECTOR OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE